IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFONSO VELASCO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:12-cv-1016-TMH |
| | ) [wo] |
| UNITED STATES OF AMERICA, et. al., | ) |
| | ) |
| Respondents. | ) |

**OPINION and ORDER**

On April 15, 2013, the Magistrate Judge filed a Recommendation in this case dismissing the petition for habeas corpus relief filed in this action pursuant to 28 U.S.C.§ 2241. (Doc.22). No objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for Plaintiff's failure to exhaust administrative remedies in accordance with the procedures established by the BOP.

DONE this the 19th day of June, 2013.

　　　　　　　　　　　　　　　　　　/s/ Truman M. Hobbs
　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE